# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 05-1614-HU  **Proceeding Date:** November 23, 2005

**Case Title:** Harrison v. Daniels

**Presiding Judge**: Ancer L. Haggerty  **Courtroom Deputy**: Mary Ann DeLap (JH)

**Reporter:** None  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
| --- | --- |
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF ORDER: Defendants' motion to dismiss (#10) is GRANTED. Based upon defendants' stipulation and declaration, IT IS ORDERED that defendants shall transfer plaintiff to a Community Corrections Center on December 15, 2005, where plaintiff shall remain until the completion of his sentence. The case is otherwise DISMISSED as MOOT (despite plaintiff's prayer for emotional distress damages). See 42 U.S.C. § 1997e(e) (no federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury). IT IS FURTHER ORDERED that plaintiff's motions for a temporary restraining order (#6) and to expedite (#7-1) are DENIED AS MOOT.

**Document Number:** _____
**CIVIL MINUTES**